Marian L. MOLINE, Petitioner–
Appellant,

v.

COMMISSIONER OF INTERNAL
REVENUE, Respondent–
Appellee.

No. 09–9011.

United States Court of Appeals,
Tenth Circuit.

Feb. 3, 2010.

Marian L. Moline, Wichita, KS, pro se.

John A. Dicicco, Sara Ann Ketchum, Robert William Metzler, U.S. Department of Justice, Clarissa C. Potter, Internal Revenue Service, Washington, DC, for Respondent–Appellee.

Before HARTZ, ANDERSON, and TYMKOVICH, Circuit Judges.

## ORDER AND JUDGMENT*

HARRIS L. HARTZ, Circuit Judge.

Marian L. Moline is another tax protester who insists on clogging the system with ridiculous arguments. She appeals an adverse decision of the Tax Court. We have jurisdiction under 26 U.S.C. § 7483. We affirm for the reasons cogently explained in the Tax Court's memorandum opinion in this case.

* After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist the determination of this appeal. *See* Fed. R.App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument. This order and judgment is not binding precedent except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R.App. P. 32.1 and 10th Cir. R. 32.1.